UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LAURA DAVIS

VERSUS

JK&T WINGS, INC., ET AL

CIVIL ACTION

NO. 11-501-BAJ-DLD

**RULING AND
ORDER OF REMAND**

The Court, having carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 6, 2012 (doc. 10), to which no objection has been filed, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's motion to remand (doc. 8) is hereby granted, and this mater is remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, January 31, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA